IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ALLISON SANCHEZ** | ) 10cv3415 |
|     **PLAINTIFF,** | ) JUDGE BUCKLO |
|   v. | ) MAG. JUDGE DENLOW |
| | ) |
| **RODALE INC.,** | ) |
|     **DEFENDANT.** | ) |

### JOINT STIPULATION REGARDING DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff and defendant hereby stipulate that the above captioned matter is dismissed with prejudice, each party to bear its own costs.

Respectfully Submitted, August 18, 2010
s\Christopher Cooper, ESQ., PHD.
Counsel for Plaintiff
US District Court for Northern Illinois Bar  No.: 2123245
Law Office of Christopher Cooper, Inc.
3620 WEST 80TH LANE, MERRILLVILLE, IN  46410
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458
E-Mail: cooperlaw3234@gmail.com

s\Laura Sack
Counsel for Defendant
Pro Hac Vice
Vedder Price, P.C.
1633 Broadway, New York, NY 10019
Tel:  212 407 6960;  E-mail: lsack@vedderprice.com

_____

**CERTIFICATE OF SERVICE**
I, Christopher Cooper, did file the foregoing on ECF on August 18, 2010 and that defendant is a registered e-filer. s/Christopher Cooper